**Order entered August 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01311-CR

**JOSEPH DAVID SCARBOROUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80169-2018**

## ORDER

Before the Court is appellant's August 2, 2019 motion for extension of time to file his brief. Appellant filed his brief at the same time he filed the motion. Because appellant's brief was due August 7, 2019, we **DENY** appellant's extension motion as moot.

/s/     BILL PEDERSEN, III
            JUSTICE